LUCY RAIA AND CHARLES RAIA v. ABCO HOME IMPROVEMENT, INC., ETC., ET AL.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAWAD MELHEM.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN J. MUNIZ.

December 19, 1988.

Petition for certification granted. (See 228 *N.J.Super.* 492)

STATE OF NEW JERSEY v. STEPHEN J. MUNIZ.

December 19, 1988.

Cross-petition for certification denied. (See 228 *N.J.Super.* 492)